**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Sergio PICASSO–NIETO, Defendant–**
**Appellant.**

**No. 13–11031**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 17, 2014.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Sergio Picasso–Nieto, Fort Worth, TX, pro se.

Before KING, HAYNES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Sergio Picasso–Nieto has moved for leave to withdraw and has filed a brief in accor-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

dance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Picasso–Nieto has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Picasso–Nieto's claim of ineffective assistance of counsel; we therefore decline to consider Picasso–Nieto's claim without prejudice to collateral review. *See United States v. Isgar,* 739 F.3d 829, 841 (5th Cir.2014). We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Picasso–Nieto's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review because Picasso–Nieto validly agreed to waive appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.